

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| Acme Energy Services, Inc. d/b/a Rig Movers Express, | § | No. 08-17-00148-CV |
|  | § | Appeal from the |
| Appellant, | | |
|  | § | 109th District Court |
| v. | | |
|  | § | of Winkler County, Texas |
| Sandra H. Staley, Individually as Independent Executrix of the Estate of George G. Staley, Deceased, and as Trustee of the Tax Free Trust for Sandra H. Staley, | § | (TC# 15,687-B) |
|  | § | |
|  | § | |
| Appellee. | | |
|  | § | |

# O R D E R

The Court GRANTS the Appellee's motion to vacate the November 8, 2018 submission and oral argument setting. The above styled and numbered cause will be rescheduled at a later date.

IT IS SO ORDERED this 27th day of September, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.